# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCIA OROZCO, et. al.<br><br>    Defendants. | Case No. 1:18-cv-01114-LJO-EPG<br><br>**ORDER RE: STIPULATION TO AMEND SCHEDULING ORDER**<br><br>(ECF No. 15) |

Pursuant to the stipulation of the parties (ECF No. 15), and finding that good cause exists,

IT IS ORDERED that the Scheduling Order, entered December 18, 2018 (ECF No. 14) is modified to extend the deadline for the parties to seek leave to amend pleadings to April 5, 2019. All other terms and conditions of the Scheduling Order (ECF No. 14), remain in full force and effect, including the pretrial and trial dates.

IT IS SO ORDERED.

   Dated:  **February 26, 2019**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

---
1
_____
JOINT STIPULATION FOR ORDER TO CONTINUE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER THEREON