# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUCIA OROZCO, et. al.<br><br>　　　　Defendants. | Case No. 1:18-cv-01114-LJO-EPG<br><br>**ORDER RE: STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>(ECF No. 19) |

　　Pursuant to the stipulation of the parties (ECF No. 19), and finding that good cause exists,

　　IT IS ORDERED that Plaintiff shall file, within five (5) days of the date this order is entered, his First Amended Complaint, a copy of which was attached as Exhibit A to the Parties' stipulation (ECF No. 19-1). Defendants shall file their response to the First Amended Complaint within fourteen (14) days of the date the First Amended Complaint is filed.

IT IS SO ORDERED.

　　Dated: **April 5, 2019**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

_____
JOINT STIPULATION FOR ORDER TO CONTINUE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER THEREON