**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE TRUJILLO, | ) | No. 1:18-cv-01114-LJO-EPG |
| Plaintiff, | ) ) | **REQUEST FOR DISMISSAL OF** |
| vs. | ) ) | **DEFENDANTS, LUCIA OROZCO DBA LINDO MICHOACAN MARKET 2; AND** |
| LUCIA OROZCO dba LINDO MICHOACAN MARKET 2; MARTIN OROZCO dba LINDO MICHOACAN MARKET 2; A & L PARTIDA, LLC; | ) ) ) ) ) | **MARTIN OROZCO DBA LINDO MICHOACAN MARKET 2, ONLY; PROPOSED ORDER** |
| Defendants. | ) ) ) ) ) ) ) ) | |

**WHEREAS,** this action arises out of the claims of Plaintiff, Jose Trujillo ("Plaintiff"), that he was denied full and equal access to a business owned and/or operated by Defendants, Lucia Orozco dba Lindo Michoacan Market 2; Martin Orozco dba Lindo Michoacan Market 2; and A & L Partida, LLC in violation of Title III of the Americans with Disabilities Act and parallel California law;

**WHEREAS,** Plaintiff has settled his claims in the action with only Defendants, Lucia Orozco dba Lindo Michoacan Market 2; and Martin Orozco dba Lindo Michoacan Market 2

REQUEST FOR DISMISSAL OF DEFENDANTS, LUCIA OROZCO DBA LINDO MICHOACAN MARKET 2; AND MARTIN OROZCO DBA LINDO MICHOACAN MARKET 2, ONLY; PROPOSED ORDER

Page 1

1  ("the Orozco Defendants"), which settlement did not release Defendant A & L Partida, LLC
2  ("A & L");

3  **WHEREAS,** the Orozco and A & L Defendants have appeared in this action;

4  **WHEREAS,** despite the diligent efforts of Plaintiff, A & L has not provided approval to
5  dismiss only the Orozco Defendants from this action *with prejudice* pursuant to Federal Rule of
6  Civil Procedure 41(a)(1)(A)(ii);

7  **WHEREAS,** no cross-claim, counter-claim or third-party claim has been filed in this
8  action by A & L or any other defendant; and

9  **WHEREAS,** Plaintiff wishes to terminate this action against only the Orozco
10 Defendants as agreed in their settlement, which dismissal will be with prejudice.

11 **NOW, THEREFORE,** Plaintiff and the Orozco Defendants hereby respectfully request
12 pursuant to Federal Rule of Civil Procedure 41(a)(2), that only the Orozco Defendants be
13 dismissed from the above-captioned action with prejudice. Each party is to bear its own
14 attorneys' fees and costs.

16 Dated: September 23, 2019            MOORE LAW FIRM, P.C.

                                       /s/ Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff,
                                       Jose Trujillo

21 ///

23 Dated: September 23, 2019            BAKER, MANOCK AND JENSEN, P.C.

                                       /s/ Donald R. Forbes
                                       Donald R. Forbes
                                       Attorneys for Defendants,
                                       Lucia Orozco dba Lindo Michoacan Market 2; and
                                       Martin Orozco dba Lindo Michoacan Market 2

## ATTESTATION

REQUEST FOR DISMISSAL OF DEFENDANTS, LUCIA OROZCO DBA LINDO MICHOACAN MARKET
2; AND MARTIN OROZCO DBA LINDO MICHOACAN MARKET 2, ONLY; PROPOSED ORDER

Page 2

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff,
                                                  Jose Trujillo

## **ORDER**

Having reviewed the unopposed Request for Dismissal of Plaintiff and the Orozco Defendants, and no cross-claim, counter-claim or third-party claim having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** that defendants, Lucia Orozco dba Michoacan Market 2 and Martin Orozco dba Lindo Michoacan Market 2, also known as Lucia Orosco and Martin Orosco, and each of them, be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **October 1, 2019**                      **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES CHIEF DISTRICT JUDGE

REQUEST FOR DISMISSAL OF DEFENDANTS, LUCIA OROZCO DBA LINDO MICHOACAN MARKET 2; AND MARTIN OROZCO DBA LINDO MICHOACAN MARKET 2, ONLY; PROPOSED ORDER

Page 3