# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>A & L PARTIDA, LLC,<br><br>        Defendant. | Case No. 1:18-cv-01114-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 34) |

Plaintiff, Jose Trujillo, and Defendant, A & L Partida, LLC, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 34). In light of the stipulation, and the previous dismissal with prejudice of the remaining defendants (ECF No. 33), the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

    Dated:  **November 19, 2019**                /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE